```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

DAVID VIALIZ,                     :
                                  :
     Plaintiff,                   :
                                  :
     v.                           :    CASE NO. 3:12cv724(RNC)
                                  :
RICK CRESPO, et al.,              :
                                  :
     Defendants.                  :
```

NOTICE AND ORDER

The court has reviewed the file in this case to monitor the parties' compliance with Local Rule 26(f). Local Rule 26(f) provides that, within 30 days after the appearance of any defendant, the attorneys of record and any unrepresented parties must confer for the purposes described in Fed. R. Civ. P. 26(f). Local Rule 26(e) further provides that within 14 days after the conference, the participants must jointly complete and file a report of the conference using Form 26(f).

More than 44 days have passed since defense counsel filed an appearance but no joint report has been filed. Accordingly, it is ordered that the parties file the required report on or before June 10, 2013.

SO ORDERED this 24th day of May 2013, at Hartford, Connecticut.

                                      /s/
                              Donna F. Martinez
                              United States Magistrate Judge